**U.S. BANKRUPTCY COURT**

**WESTERN DISTRICT OF KENTUCKY**

**FILED**

05 19 26, 12:45 pm

## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTICT OF KENTUCKY

In re:                                                    Case No. 18-11184-jal
MISTY ANN KEELE,                                          Adv. 23-01003-jal
Debtor.                                                   Chapter 7

### *DESIGNATION OF RECORD ON APPEAL*

Appellant, Misty Ann Keele, pursuant to Fed. R. Bankr. P. 8009, designates
the following items to be included in the record on appeal:

1. Debtor's Motion to Reopen Case.
2. Debtor's Application to Waive Reopening Fee.
3. Any exhibits submitted with the Motion to Reopen.
4. Any responses or objections filed by any party.
5. The Court's Order entered May 5, 2023.
6. All docket entries related to the motion to reopen and fee waiver.

No transcript is designated because no hearing was held.

Dated: May 18, 2026

*Misty Ann Keele*

Misty Ann Keele, Pro Se

2677 H.E JOHNSON ROAD

BOWLING GREEN, KY 42103

### *CERTIFICATE OF SERVICE*

I certify that on this 18 day of May 2026, I served a true and correct copy
of the Notice of Appeal, Statement of Issues, and Designation of Record on
the following parties by U.S. Mail, postage prepaid:

U.S. Attorney – Western District of Kentucky
717 W. Broadway
Louisville, KY 40202

U.S. Department of Justice – Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530

U.S. Department of Education
400 Maryland Ave SW
Washington, DC 20202

Misty Ann Keele, Pro Se

# UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTICT OF KENTUCKY

In re:

MISTY ANN KEELE,

Debtor.

Case No. 18-11184-jal

Adv. 23-01003-jal

Chapter 7

### *STATEMENT OF ISSUES ON APPEAL*

Appellant, Misty Ann Keele, identifies the following issues to be presented on appeal:

1. Whether the Bankruptcy Court erred in denying the motion to reopen the case under 11 U.S.C. § 350(b).

2. Whether the Bankruptcy Court abused its discretion by denying reopening without considering evidence of post-discharge collection activity.

3. Whether the Bankruptcy Court erred by ruling that Appellant's federal student loans were not dischargeable without allowing the filing of a complaint or motion to enforce the discharge injunction.

4. Whether the Bankruptcy Court erred by refusing to make Appellant's submitted documents part of the record.

5. Whether the Bankruptcy Court improperly denied the application to waive reopening fees as "moot."

6. Whether the bankruptcy court determined the 727(b) documents for 523(a) protections. Requires creditor to show the origination of loan documents and have been proven by FOIA, and many other documents requested they don't have them. I never went to school or got any loans in 2019.

Dated: May 18, 2026

Misty Ann Keele, Pro Se

2677 H.E JOHNSON ROAD

BOWLING GREEN, KY 42103
MISTYKNUDSON@GMAIL.COM

## CERTIFICATE OF SERVICE

I certify that on this 18, day of May 2026, I served a true and correct copy of the Notice of Appeal, Statement of Issues, and Designation of Record on the following parties by U.S. Mail, postage prepaid:

U.S. Attorney – Western District of Kentucky
717 W. Broadway
Louisville, KY 40202

U.S. Department of Justice – Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530

U.S. Department of Education
400 Maryland Ave SW
Washington, DC 20202

Misty Ann Keele, Pro Se
2677 H.E JOHNSON ROAD
BOWLING GREEN, KY 42103
MISTYKNUDSON@GMAIL.COM

Respectfully submitted,

_Misty Ann Keele_

Misty Ann Keele, Pro Se

Address: 2677 H.E. Johnson Road
            Bowling Green, Ky 42103
Phone: 270-746-4371
Email: mistyknudson@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 18, day of May 2026, I served a true and correct copy of the Notice of Appeal, Statement of Issues, and Designation of Record on the following parties by U.S. Mail, postage prepaid:

U.S. Attorney – Western District of Kentucky
717 W. Broadway
Louisville, KY 40202

U.S. Department of Justice – Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530

U.S. Department of Education
400 Maryland Ave SW
Washington, DC 20202

_Misty Ann Keele_

Misty Ann Keele, Pro Se