**BANKRUPTCY APPELLATE PANEL**
OF THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 20, 2026

Misty Ann Keele
2677 H.E. Johnson Rd
Bowling Green, KY 42103

Re: Bankruptcy Appellate Panel No. 26-8011
Misty Ann Keele
Bankruptcy Case No. 18-bk-11184

Dear Ms. Keele,

The brief gives you the opportunity to present your issues to the court in your own words. You may follow the below requirements or use the simplified briefing form which is located on the court's website, www.ca6.uscourts.gov. It is very important to mail your brief **to this court** at the address cited at the top of this letter, and serve opposing counsel by the deadline. Briefs are deemed filed on the day of mailing.

| Appellant's Brief: | 1 original **unbound** copy |
|---|---|
| | Maximum 30 Pages |
| | Due **June 22, 2026** |

The Court will access directly the electronic record in the bankruptcy court. To assist the Court, counsel <u>must</u> include in an addendum in the brief, a designation of relevant bankruptcy court documents, identifying each document by record entry number and a succinct description. In the unlikely event relevant documents were not filed on the bankruptcy court docket, parties should seek direction of the court.

Extensions of time for filing the brief must be supported by a showing of good cause. The movant should not assume that the motion will be granted; rather, the assumption should be that the brief remains due as originally scheduled unless and until there is a ruling otherwise.

Compliance with the briefing deadlines is crucial to the timely processing and determination of the case. Failure of any party to the appeal to comply with these filing requirements may result in the imposition of sanctions, including the dismissal of the appeal for want of prosecution.

If you have any questions about the briefing schedule or other procedures, please contact the Clerk's office.

Sincerely yours,

s/Cathryn Lovely
BAP Case Manager
Direct Dial No. 513-564-7062
CA06-BAP_Case_Manager@ca6.uscourts.gov

cc: Mr. Timothy E. Ruppel